### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILSON K. AYALA, JR., | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 20-4926 |

## ORDER

**AND NOW**, this 4th day of August, 2021, upon consideration of Plaintiff's "Brief and Statement of Issues in Support of Request for Review" (Document No. 12) and Defendant's Unopposed "Motion to Remand" (Document No. 13), it is hereby **ORDERED** that:

1. Plaintiff's Request for Review (Document No. 12) and Defendant's Motion to Remand (Document No. 13) are **GRANTED;**

2. This matter, pursuant to **sentence four** of 42 U.S.C. 405(g), is **REMANDED** to the Commissioner.

**IT IS SO ORDERED**.

BY THE COURT:

   */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge